# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

HATTIE EMANUEL,              :

    Plaintiff,              :

vs.                          :       CA 06-0005-C

JO ANNE B. BARNHART,         :
Commissioner of Social Security,
                                                        :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $687.50 under the Equal Access to Justice Act, representing compensation for 5.5 hours of service by Michael Tonder, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 6th day of December, 2006.

                                        s/WILLIAM E. CASSADY
                                        **UNITED STATES MAGISTRATE JUDGE**